AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| United States of America<br><br>v.<br><br>ELVYN ANTONIO RODRIGUEZ,<br>  aka "ELVYN ANTONIO MENESES-<br>RODRIGUEZ,"<br><br>Defendant(s) | **FILED**<br>CLERK, U.S. DISTRICT COURT<br>**5/16/21**<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ ev _____ DEPUTY<br><br>Case No. 2:21-mj-02411 |

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of May 7, 2021 in the county of Los Angeles in the Central District of California, the

defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2114(a) | Robbery of a United States Postal Service Letter Carrier |

This criminal complaint is based on these facts:

 *Please see attached affidavit.*

☒ Continued on the attached sheet.

*/s/ Kim Granger*
*Complainant's signature*

Kim Granger, USPIS Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date:    May 16, 2021

*Judge's signature*

City and state:   Los Angeles, California                    Hon. Margo A. Rocconi, U.S. Magistrate Judge
                                                                          *Printed name and title*

AUSA: Solomon Kim x2450

**AFFIDAVIT**

I, Kimberly Granger, being duly sworn, declare and state as
follows:

## I.   INTRODUCTION

1.    I am a Postal Inspector ("Inspector") with the United
States Postal Inspection Service ("USPIS") and have been so
employed since July 2014.  I am currently assigned to the Los
Angeles Division, Pasadena Mail Theft and Violent Crimes Team,
which investigates crimes against the United States Postal
Service ("USPS") and crimes related to the misuse and attack of
the mail system, including theft of United States mail, fraud,
and related activity in connection with access devices
(including credit and debit cards), identity theft, and
counterfeiting of postal keys (referred to as "arrow keys") and
locks.  Additionally, the Pasadena Mail Theft investigates
violent crimes that occur against postal employees, including
but not limited to, assaults and armed robberies.

## II. PURPOSE OF AFFIDAVIT

2.    This affidavit is made in support of a criminal
complaint against, and an arrest warrant for, ELVYN ANTONIO
RODRIGUEZ also known as "ELVYN ANTONIO MENESES-RODRIGUEZ" for a
violation of 18 U.S.C. § 2114(a) on May 7, 2021 (Robbery of a
United States Postal Service Letter Carrier).

3.    This affidavit is also made in support of an
application for a warrant to search:

a.    The person of RODRIGUEZ described in Attachment
A-1;

b.     A grey Chevrolet Malibu bearing Vehicle Identification Number 1G1ZD5ST8JF255258 described in in Attachment A-2 ("**SUBJECT VEHICLE**"); and

c.     A black Samsung Verizon cellphone bearing IMEI number 357190101692281 in a black Otterbox case seized by law enforcement during RODRIGUEZ's arrest on May 9, 2021 ("**SUBJECT DEVICE**") described in Attachment A-3, all for the items to be seized described in Attachment B.

4.     The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and warrants and does not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

### III.  PERSON AND PROPERTY TO BE SEARCHED

5.     The person and property to be searched are RODRIGUEZ's person, described in Attachment A-1, which is incorporated herein by reference; the **SUBJECT VEHICLE**, described in Attachment A-2, which is incorporated herein by reference; and the **SUBJECT DEVICE**, described in Attachment A-3, which is incorporated herein by reference.

### IV. ITEMS TO BE SEIZED

6.     The items to be seized are the evidence, fruits, and instrumentalities of violations of 18 U.S.C. § 2114(a) (Robbery

of a United States Postal Service Letter Carrier); 18 U.S.C. § 1951 (Hobbs Act Robbery); 18 U.S.C. § 111 (Assault on a Federal Officer or Employee); 18 U.S.C. § 924(c) (using, carrying, and brandishing a firearm in furtherance of a crime of violence); 18 U.S.C. § 1708 (Mail Theft) 18 U.S.C. § 1704 (Possession of Postal Key) 18 U.S.C. § 1344 (Bank Fraud); 18 U.S.C. § 1029 (Access Device Fraud); 18 U.S.C. § 1028A (Aggravated Identity Theft); and 18 U.S.C. § 371 (conspiracy), as described more fully in Attachments B, which is incorporated herein by reference.

## V.  **SUMMARY OF PROBABLE CAUSE**

7.   Between April 30, 2021 and May 8, 2021, a team of robbers or, in two cases, a single robber (who matches the description of RODRIGUEZ) committed four separate armed robberies of postal carriers.  In each incident, one of the robbers pointed a weapon appearing to be a gun at the USPS letter carrier and demanded personal and USPS property.  During the robberies, the following items, among others, were stolen: U.S. Mail, USPS keys, USPS mail tub(s), and the USPS letter carrier's personal property.  Surveillance footage from one or more of the robberies shows a person resembling RODRIGUEZ getting out of the getaway vehicle moments before one or more of the robberies take place.

8.   On and in between May 5, 2021 and May 8, 2021, surveillance footage shows RODRIGUEZ using credit/debit cards stolen from these USPS robberies to make fraudulent purchases at various stores throughout the San Fernando Valley.  The

surveillance footage appears to depict one or more of RODRIGUEZ's distinctive tattoos as well as the Dallas Cowboys hat worn by the robbery suspect in one or more of the robberies.

9.   On May 9, 2021, RODRIGUEZ was arrested by the Los Angeles Police Department ("LAPD") for Driving Car Without Consent.   RODRIGUEZ was found in possession of the SUBJECT DEVICE, USPS vehicle keys, two airsoft/BB guns consistent in appearance with the gun used in one or more of the robberies, and a stolen credit card from one of the armed robberies. RODRIGUEZ was subsequently released from custody.

10.   On May 14, 2021, a person matching RODRIGUEZ's description attempted to commit a fifth armed robbery.   During a struggle between RODRIGUEZ and the mail carrier, RODRIGUEZ discharged a suspected firearm, causing a powder burn to the mail carrier's neck and shirt.   A .40 caliber casing was recovered at the location of the robbery.   RODRIGUEZ fled the scene and is currently at large.

## VI. <u>STATEMENT OF PROBABLE CAUSE</u>

11.   Based on my training and experience as a Postal Inspector, my knowledge of this investigation, including my conversations with victims and witness, surveillance activities, and review of photographs, witness statements, and my conversations with other law enforcement agents, I know the following:

**A.   April 30, 2021 – Encino Armed Robbery**

12.  On April 30, 2021, at approximately 4:15 PM, USPS letter carrier S.P. was robbed at gunpoint in the vicinity of 5630 Lindley Avenue, Encino, California, while delivering mail.

13.  Inspector Barry interviewed victim S.P. who stated the following:

        a.   On April 30, 2021, S.P. delivered mail to 5630 Lindley Avenue, Encino, California, when he noticed a red pickup truck parked on Lindley Avenue.  Suspect-1 approached from the passenger side of the truck, ran up to S.P., and said, "Give me the mail."  S.P. dropped the stack of mail he was holding. Suspect-2 then approached S.P. from the driver's side of the truck while holding a black handgun in his left hand near his hip.  Suspect-2 pointed the gun at S.P.'s stomach, and said "Give me the key, motherfucker."  Suspect-2 then grabbed the keychain attached to S.P.'s beltloop, which included an arrow key.  While still pointing the handgun at S.P., Suspect-2 said "Give me the bag."  S.P. removed his satchel, which contained two parcels and his Postal scanner, used to scan packages for delivery, and handed it to Suspect-2.  Suspect-1 went behind S.P. and attempted to take S.P.'s necklace off, but was unsuccessful.  Both suspects then got into the truck and fled the scene.

        b.   The suspects were both Hispanic males in their early 20's, thin, and approximately 5'4".  Both of them were wearing masks.  Suspect-1 was wearing black shoes, brown pants,

and a dark red long-sleeved shirt.  Suspect-2 was wearing brown pants and a dark grey long-sleeved shirt.

       c.   The pickup truck was a garnet or maroon Chevrolet pickup truck, in good condition, 2010 model or newer, and had a license plate possibly ending in "837".

14.   Using the GPS location provided by the stolen Postal scanner, LAPD officers located a red Chevrolet pickup truck bearing license plate 7T08973 near 6300 Balcom Avenue, Encino, California.  Officers found the backing of the Postal scanner in front of the truck's right tire and the scanner's battery on the curb.  A database search of the truck's Vehicle Identification Number indicated that the truck was reported stolen.  The license plate also corresponded to a different car, rather than the truck.

15.   Several minutes after the robbery, surveillance footage obtained from a residence camera near 6300 Balcom Avenue, Encino, California shows a red pickup truck parking beside a curb.  Several minutes later, a white four-door sedan speeds down the residential street and parks next to the pickup truck.  One or more people from the truck can then be seen getting out of the truck and getting into the white sedan.

**B.   May 1, 2021 — Stolen Chevy Malibu 8PAB258**

16.   On May 1, 2021, LAPD officers responded to a report of a stolen vehicle in Northridge, California.  Officers met and interviewed C.M. who told officers that at approximately 6:45 PM she left her 2018 grey Chevrolet Malibu bearing plate number 8PAB258 and Vehicle Identification Number 1G1ZD5ST8JF255258 (the

"**SUBJECT VEHICLE**" or "Stolen Malibu") running for approximately one minute in front of while she delivered food to residents. C.M. then heard a car door slam, turned to where her Malibu was parked, and noticed that the car was missing. C.M. ran out to street and saw her Malibu being driven away.

17. Surveillance footage from a nearby residence camera from around the time of the vehicle theft shows a white four-door sedan stop parallel to C.M.'s Malibu. One or more suspects then get out of the white sedan, enter C.M.'s Malibu, and drive away. The white four-door sedan also then drives away. The white four-door sedan is similar in appearance to the white four-door sedan observed on April 30, 2021.

18. Using law enforcement databases, I reviewed images of the Stolen Malibu. The Malibu is a dark grey 4-door sedan with tinted windows.

19. Based on my review of the evidence pertaining to the additional armed robberies of USPS letter carriers described more fully below, the Stolen Malibu appears to be the getaway car that RODRIGUEZ and others use to commit the robberies.

**C.   May 5, 2021 – North Hills Armed Robbery**

20. On May 5, 2021, at approximately 4:50 PM, USPS letter carrier K.J. was robbed at gunpoint in the vicinity of 16400 Labrador Street, North Hills, California, 91343, while delivering mail.

21.  I interviewed K.J. who stated the following:

a.   On May 5, 2021, K.J. completed his postal route and returned to his USPS Long Life Vehicle ("LLV"), which was

parked at the corner of Gothic Avenue and Labrador Street in North Hills, California.  While at the back of his LLV, three suspects wearing masks approached K.J. on foot.  Suspect-1 said, "Give me everything, give me your wallet."  Suspect-1 pointed a taser or handgun, black in color at K.J.  K.J. said "Are you joking?" Suspect-2 said, "Shut up, fuck you, give me your wallet, give me everything."  When K.J. told them that he didn't have anything, Suspect-2 pushed him to the ground.  While on the ground, Suspect-3 approached the back door of the LLV and removed the vehicle key.  Suspect-3 entered the driver side door of the LLV and took several pieces of mail, a USPS scanner, and an arrow key.  Suspect-3 also took K.J.'s personal property which included his backpack, lunchbox, wallet, credit cards, driver's license, insurance cards, and personal keys.  The suspects ran away towards Gothic Avenue, got in their vehicle, and drove away.

b.   The suspects appeared as follows:

i.   Suspect-1: Male Hispanic, approximately 5'5" to 5'6", 140 to 150 pounds, and in "good shape," wearing a black shirt and black mask.

ii.   Suspect-2: Male Hispanic, approximately 5'5" to 5'6", 140 to 150 pounds, and in "good shape," wearing a white shirt and black mask.

iii. Suspect-3:  Male Hispanic was "a little taller and skinner" than Suspect-1 and Suspect-2, wearing a blue shirt and black mask.

c.    The vehicle was a blue or black sedan, possibly a Chevy Cruze and recalled the first number of the license plate as 8.

d.    The weapon was a black firearm or a taser.

22.  Surveillance footage from a nearby residence near the time of the robbery shows a grey Chevy Malibu, matching the appearance of the Stolen Malibu, park at a curb across the street from K.J.'s LLV.  The three suspects get out of the Malibu and approach K.J. while he is behind his LLV.  After several minutes, the suspects run back toward the Malibu with a box of mail and then drive away.

23.  On May 6, 2021, I interviewed I.O., who saw the robbery of K.J. from his vehicle.  I.O. said he drove past K.J. in his minivan and saw three people guarding K.J. I.O.'s daughter was in the vehicle and began recording with her iPhone, which shows two suspects standing next to the LLV. I.O. turned his vehicle around and saw a suspect running away from K.J. with mail.  I.O. stated the suspects entered a dark blue or grey 4-door sedan.  I.O. followed the vehicle southbound on Gothic Avenue towards Plummer Street, but eventually lost sight of it.

24.  On May 6, 2021, I interviewed A.C., who observed the robbery of K.J. as he was sitting in front of his garage.  A.C. saw someone talking to K.J. and then pushing K.J.  He saw men running away from K.J. with mail.  K.J. eventually stood up and said, "call 911."  After the robbery, A.C. saw the Chevy Malibu speed past his residence.

25.   On or about May 10, 2021, I reviewed video footage from several residences near the location of the robbery that show the Malibu drive past the residences after the robbery.

26.   Based on my review of the above surveillance footage, I believe the Chevy Malibu used on the day of the robbery is the Stolen Malibu.

**D.   Fraudulent Use of K.J.'s Credit Card on the Same Day**

27.   Less than two hours later, K.J.'s Citibank credit card ending in 2236, which was stolen from him during the robbery, was used at a Target Store located at 8840 Corbin Avenue, Northridge, California.  Based on my review of Citibank's records, I know that card 2236 was used in an attempt to purchase gift cards worth approximately $830.00.  Based on records obtained from the Target store, an unidentified Mastercard ending in 5845 and an unidentified Visa card ending 1351 were also used without success during the purchase.

28.   At approximately 6:11 PM, surveillance footage from the Corbin Avenue Target on May 5, 2021 shows a Hispanic male wearing a mask at the cash register for several minutes attempting to make a purchase.  At approximately 6:15 PM, the same Hispanic male exits the store.  The male can be seen wearing a backwards facing black/grey Dallas Cowboy's baseball hat, a black t-shirt, and a blue bandana around his face.  The male also appears to have tattoos on his forearm, one of which is red in color on his right forearm.

29.   Based on my review of booking photographs taken of RODRIGUEZ after his arrest on May 9, 2021, which show his

tattoos, one of which is a red smiley face on his right forearm, and the physical appearance of the suspect in the other robberies described below, including the wearing of a black/grey Dallas Cowboy's baseball hat, I believe the subject in the Target surveillance footage is RODRIGUEZ.

**E.    May 7, 2021 – Van Nuys Armed Robbery**

30.   On May 7, 2021, at approximately 3:20 PM, USPS letter carrier A.G. was robbed at gunpoint in the vicinity of 14614 Runnymede Street, Van Nuys, California, while delivering mail.

31.   Inspector Barry interviewed A.G. who stated the following:

a.    On May 7, 2021, A.G. delivered packages to 14620 Runnymede Street in Van Nuys, California, and then returned to his LLV, which was parked at 14614 Runnymede Street.  While A.G. was standing at the back of his LLV, the suspect approached A.G., said "Hey bro", and pulled out a black handgun, which he pointed at A.G.  The suspect then concealed the gun under his shirt while still pointing it at A.G. and said "Give me what you got."  A.G. handed mail to the suspect, and the suspect said "Give me your keys."  The suspect grabbed A.G.'s keychain attached to his beltloop and attempted to pull it off.  A.G. told the suspect "Relax bro", unbuckled his belt, detached the chain, and gave the suspect an arrow key, a Modified Arrow Lock key, and keys to get into apartment complexes on his route. The suspect said, "Give me your wallet", and A.G. handed him his wallet.  The suspect ran away to his vehicle, got into the driver's seat, and fled the scene.

b.    The suspect was a thin Hispanic male, approximately 5'6" to 5'7", approximately 130 to 150 pounds, in his early 20s, with short hair on the sides and tattoos on his forearms.  The suspect was wearing black basketball style shorts, a black t-shirt, a black baseball hat, and a black facemask.  The handgun was black and was possibly a Glock.

c.    The vehicle was a newer model dark blue Chevrolet Malibu with tinted windows, no front license plate, and a back California license plate beginning with "8H."

d.    A.G.'s wallet contained, among other items, his American Express credit card, his Bank of America debit card, and his Chase credit card.

32.  Video footage from a nearby residence camera at around the time of the robbery shows a dark Grey Chevy Malibu, matching the description of the Stolen Malibu, park in front of a residence.  A lone male then gets out of the driver side of the Malibu and walks down the street out of the camera's vantage point.  The male is wearing a black backwards facing baseball hat, black t-shirt, black shoes, white socks, and black shorts with a large white logo on the bottom left side of the shorts. Several minutes later, the male sprints back towards the Malibu and then drives away.

33.  Based on my review of the above surveillance footage, and the surveillance footage described more fully below, I believe the male is RODRIGUEZ, and the Malibu is the Stolen Malibu.

**F.    Fraudulent Use of A.G.'s Credit Cards on the Same Day**

34.    Based on my review of A.G.'s debit and credit card transaction records, the suspect from the May 7, 2021 robbery began using A.G.'s stolen cards to make several fraudulent purchases, just minutes after robbing A.G.

**Surveillance from ARCO Gas Station**

35.    Footage from the ARCO Gas Station – AM/PM located at 14903 Victory Boulevard, Van Nuys, California, which is less than two miles away from the location of the robbery, revealed the following:

a.    At approximately 3:33 PM, a grey Chevy Malibu, matching the appearance of the Malibu seen during the robbery of A.G., pulls up next to a gas pump.  A person matching the appearance of the suspect responsible for the robbery of A.G., a Hispanic male wearing a black/grey backwards facing Dallas Cowboys' baseball hat (the same one as that seen on the Target surveillance footage just hours after the May 5, 2021 armed robbery of K.J.), black t-shirt with a red and white ADIDAS logo, black shoes, white socks, and black shorts with a large white Under Armour logo on the bottom left side of the shorts, gets out of the Malibu.  The suspect has a visible tattoo on his right calf with a circular shape, which matches the tattoo seen on RODRIGUEZ's right calf (a wolf behind a circular moon silhouette) from his booking photo after his arrest on May 9, 2021.  The suspect then goes to the pump and uses A.G.'s Bank of America debit card to make a purchase.  (Below I have included a

screen shot from the ARCO surveillance footage followed by a
photo of RODRIGUEZ's leg taken at the time of his arrest.)





b.    The subject then enters AM/PM and attempts to withdraw money from an ATM.  Footage from inside of the ARCO Gas Station shows the suspect with a tattoo on his right forearm, matching the tattoo seen on RODRIGUEZ's right forearm (the word "Marlene" encircled by a rosary bead necklace of a cross) from his booking photo after his arrest on May 9, 2021.  (Below I have included a screenshot from the ARCO surveillance footage followed by a photo taken of RODRIGUEZ's arm at the time of his arrest.)





    c.    The Malibu exits the gas station parking lot at approximately 3:37 PM.  Surveillance footage clearly shows the Malibu bearing California license plate 8PAB258, which matches the license plate for the Stolen Malibu.



    d.    Based on the Chevy Malibu seen during the May 7, 2021 robbery and the one seen at ARCO gas station just minutes later, and the physical appearance of the suspect from the May

7, 2021 robbery compared to RODRIGUEZ, I believe RODRIGUEZ was the one who robbed A.G. on May 7, 2021 using the Stolen Malibu as the getaway vehicle.

**Surveillance from Big 5 Sporting Goods Store**

36.   After RODRIGUEZ leaves the gas station, surveillance footage from a Big 5 Sporting Goods Store located at 17019 Ventura Boulevard, Encino, California shows RODRIGUEZ, along with another unidentified female, enter the store at approximately 4:00 PM and purchase several items at the register.

37.   Sales records obtained from the Big 5 store from May 7, 2021 shows that RODRIGUEZ used A.G.'s American Express credit card to purchase $381.74 worth of merchandise.  One of the items RODRIGUEZ fraudulently purchased was a pair of ADIDAS camouflage shorts.  As described more fully below, the suspect responsible for the armed robbery of another USPS letter carrier H.M., just a day later on May 8, 2021, was also wearing camo shorts.

**Surveillance from AutoZone**

38.   About half an hour later, at approximately 4:37 PM, surveillance footage from an AutoZone Store located at 18824 Sherman Way, Reseda, California, about a mile away from the MetroPCS, shows RODRIGUEZ making a purchase and exiting the store.



39.   Sales records obtained from the AutoZone show that RODRIGUEZ used A.G.'s Chase credit card to purchase merchandise totaling $87.23, one of which included a "Move Over Sunscreen" (item number 001073015 GRP-762).

40.   A search for the item on AutoZone's website results in the following depiction of the item (https://www.autozone.com/sun-heat-protection/sunscreen/pilot-move-over-sunscreen-decal/1073015_0_0):

🡐 <strong>MOVE OVER!</strong> 🡒

41.   This is the same decal that can be seen on the windshield of a Chevy Malibu just minutes after the May 8, 2021 robbery described below occurs.

**Surveillance from It's All Good House of Kabab**

42.   After going to Big 5, RODRIGUEZ is seen on surveillance footage from a nearby restaurant, It's All Good House of Kabab (6800 Reseda Boulevard, Reseda), parking in front of the restaurant, getting out of the Malibu, and then returning a while later to the Malibu to drive away.

**Surveillance from MetroPCS**

43.   At around the same time, at approximately 4:44 PM, surveillance footage from a MetroPCS store located at 6800 Reseda Boulevard, Reseda, California shows RODRIGUEZ enter the store and looking around at phones.  When interviewed, one of the MetroPCS employees working that day stated that RODRIGUEZ attempted to purchase an iPhone and a case, and he told the employee he was "buying it for his girl."  RODRIGUEZ presented a credit card as a form of payment for $382.30 worth of merchandise, and when asked to provide a form of identification, he gave the employee a driver's license, which listed a first name matching that of A.G.

44.   The MetroPCS employee described RODRIGUEZ as a Hispanic male, approximately 5'7", with has a circular shaped tattoo on his right lower leg.

**G.   May 8, 2021 – North Hills Robbery**

45.   On May 8, 2021, at approximately 3:19 PM, USPS letter carrier H.M. was robbed at gunpoint in the vicinity of 10030 Densmore Ave., North Hills, California, 91343 while delivering mail.

46.   When interviewed, H.M. stated the following:

a.   On May 8, 2021, H.M. parked his LLV at 15815 Stare Street, North Hills, California 91343.  H.M. was delivering mail when he observed a vehicle pull up to the opposite side of the street.  The vehicle was a metallic blue, possibly a Lexus or Nissan.  H.M. did not notice emblems on the vehicle but it looked "sleek" with tinted windows.  The driver of the vehicle came out "fast" with an unknown object wrapped in

his hand.  The suspect approached H.M. and said, "Give me your money fool," "hurry up," and "give me your money."  The suspect went on to say, "hurry up, I'm going to shoot you."  H.M. handed the suspect his wallet, and the suspect said "your keys, your keys."  H.M. offered him an arrow key.  H.M. also gave the suspect his phone when the suspect demanded it.  The suspect told H.M. to enter his phone's PIN number, which H.M. did.  The suspect then ran away, got into the vehicle, and drove away.

b.    The suspect was a Hispanic male in his late 20s to early 30s, with a Puerto Rican accent.  The suspect was thin, approximately 150 to 160 pounds, and approximately 5'10".  The suspect had "ink" on his arms.  The suspect was not wearing a shirt, but was wearing green camouflage cargo shorts, which appear to match the description of the shorts RODRIGUEZ purchased at a Big 5 store moments following the May 7, 2021 robbery.  The suspect was wearing a face cover, either a gaiter or bandana, and a hat, which was forward facing with a black bill.  The suspect was wearing white "clean" shoes, which may have had red on them.

c.    The gun was chrome in color with a white fabric around it.

d.    The suspect took H.M.'s arrow key, personal cell phone, small brown wallet containing various credit/debit cards, driver's license, USPS badge, and library card.  No mail was stolen.  Among the credit/debit cards stolen were H.M.'s Citibank debit card, Bank of America credit card, and U.S. Postal Credit Union debit/credit card.

47.   A review of the camera from a residence located on Stare Street in North Hills, California, near the area of the robbery shows, at approximately 3:07 PM on May 8, 2021, just minutes before the robbery, a dark grey Chevy Malibu with yellow coloring on the windshield and dark tinted windows driving down street.   The appearance of the Chevy Malibu in the footage matches that of the Stolen Malibu and the Malibu vehicles from the May 5, 2021 and May 7, 2021 robberies.   Based on my investigation of the May 8, 2021 robbery, I believe the vehicle used in May 8, 2021 robbery was captured on the footage just before the robbery occurred.   It should be noted that Stare Street, turns into Densmore Ave.



**H.    Fraudulent Use of H.M.'s Credits Cards on the Same Day**

48.   Shortly following the robbery, H.M.'s various cards were used to make several fraudulent purchases.

**Surveillance from Exxon Gas Station**

49.   Surveillance footage from an Exxon gas station located at 17011 Lassen Street, Northridge, California, which is less than two miles away from where the robbery took place, shows what appears to be a Chevy Malibu with dark tint at the gas pump.  A male wearing a mask exits the driver's side of the Malibu and is wearing dark colored shorts, a black baseball hat, and a white t-shirt with a logo on the chest.  H.M.'s Citibank card was used to make a purchase at the gas station.   The subject is seen entering the driver's side of the Chevy at 3:16 PM.

**Surveillance from G and E Smoke Shop**

50.   Several minutes later, at approximately 3:24 PM, surveillance footage from G and E Smoke Shop located at 8513 Reseda Boulevard, Northridge, California, which is less than four miles away from the Exxon gas station, shows a dark grey Chevy Malibu with tinted windows and a "MOVE OVER" sticker, matching the one purchased by RODRIGUEZ on May 7, 2021, on the windshield park in front of the smoke shop.  A male exits the driver's side of the Malibu and enters the Smoke Shop.



51.   Surveillance footage from inside of the smoke shop shows the male wearing green camouflage shorts, matching those purchased by RODRIGUEZ at a Big 5 store a short while after the May 7, 2021 robbery, a white t-shirt with a log on the chest, a backwards facing Volcom baseball hat, and a grey neck gaiter. The male has visible tattoos on his forearms.  One of the tattoos on his left forearm resembles the tattoo on RODRIGUEZ's left forearm (a "Santa Murte" tattoo depicting a skull) seen in his booking photos from his arrest the next day on May 9, 2021. (A photo of the male inside of the smoke shop and RODRIGUEZ's tattoo taken at the time of his arrest are depicted below.)





52.   Records obtained from the smoke shop shows that the male used H.G.'s Citibank card to purchase $186.40 worth of merchandise.

53.   Based on my review of booking photographs of RODRIGUEZ along with images of his tattoos, I believe the subject in the May 8, 2021 video surveillance is RODRIGUEZ.  I also believe RODRIGUEZ is wearing the ADIDAS camouflage shorts purchased with A.G.'s stolen credit card at Big 5 on May 7, 2021.

54.   Based on my review of the above surveillance footage I believe the suspect vehicle is the stolen Malibu.

**Surveillance from Galaxy Auto Body and Towing**

55.   Several minutes later, at approximately 3:31 PM, surveillance footage from Galaxy Auto Body and Towing located at 8956 Reseda Boulevard, North Hills, California, shows a grey Chevy Malibu with dark tint and a "MOVE OVER" windshield sticker enter the parking lot of the Outlet.  The Malibu then parks in front of the Outlet, and a male exits the driver's side of the Malibu wearing a mask.  Based on my review of the footage, the "MOVE OVER" sticker appears to be the same sticker purchased with A.G.'s stolen credit card from AutoZone on May 7, 2021.

**Surveillance from the Outlet**

56.   On May 11, 2021, I reviewed video surveillance from the Outlet located at 8970 Reseda Boulevard, North Hills, California and learned the following:

a.   Surveillance footage shows a Hispanic male wearing dark colored shorts, a white t-shirt with a logo on the

chest, a light-colored gaiter, and a black baseball hat at the register.  The subject has visible tattoos on both his forearms. The subject is seen with a credit card in his hand and is observed handing the store employee the credit card. The subject then signs the receipt after the credit card is swiped on the terminal.  The subject then exits the store.

      b.   The receipt is dated May 8, 2021 with a time-stamp of 3:42 PM.  The name printed on the signature line is H.M. with a blue-ink signature above the line.

**Surveillance from Big 5 Sporting Goods Store**

57.  On May 11, 2021, I reviewed video surveillance from Big 5 located at 9120 Reseda Boulevard, North Hills, California and learned the following:

58.  Surveillance footage time-stamped 4:04 PM shows a Hispanic male wearing a black backwards facing baseball hat, white t-shirt with blue logo and dark colored shorts making a purchase.

59.  I reviewed the transaction history and learned the subject purchased the following:

      a.   Item number 6763403, with a description of: Crosman P1 CO2 BB Pistol, can be located on the WWW with the following internet address: https://www.big5sportinggoods.com/store/details/crosman-p1-co2-bb-pistol/0350102020020 which provides a description of this product as a BB Gun Air Pistol and the following photograph:

26



**Crosman P1 CO2 BB Pistol**

$199.99

         i.   Item number 0782649, with a description of
Crosman CO2 Cartridges – 5-pack, used for an airgun rifle.

         ii.  Item number 3244076, with a description of
Daisy Premium-Grade BB's 2400 count.

         iii. Item number 5865662, with a description of:
JanSport Backpack.

    60.  Based on my review of the above surveillance footage,
I believe the suspect is RODRIGUEZ.

    **I.   May 9, 2021 – Arrest of RODRIGUEZ**

    61.  On May 10, 2021, I spoke with LAPD Robbery Homicide
Detective Corey Farell ("Detective Farell") and he informed me
of an arrest that may be associated with the recent string of
USPS letter carrier armed robberies.  I requested the arrest
report which he provided and learned the following:

         a.   On May 9, 2021 at approximately 12:40 AM LAPD
officers were patrolling the area of Tobias Avenue and Keswick
Street in Van Nuys California and observed an older model grey
Honda Civic driving westbound on Keswick Street from Tobias
Avenue following an older model purple van.  Officers approached

the Honda from the rear on Keswick Street and observed a rear license plate of 4NRS82l.  Officers conducted a DMV license plate want and warrant via their car computer.  As they were waiting for the warrant return, the Honda pulled over to the right side of the curb on Tobias Street and was then turned off. After the vehicle was turned off, officers observed a male Hispanic (later identified as RODRIGUEZ) exit the vehicle from the driver's side door and walk westbound on Tobias Street towards the purple van.  As the RODRIGUEZ approached the van, the DMV want and warrant return on license plate 4NRS82l as a reported stolen vehicle to a 1998 grey two-door Honda Civic.

> b.   With officer's knowledge of the suspect being inside the reported stolen vehicle, they voiced commands and took RODRIGUEZ into custody without further incident.  There were no other occupants inside the vehicle.  RODRIGUEZ was arrested for violation of California Vehicle Code 1085l(a)- Driving Car Without Consent.

> c.   Incident to arrest, Officer Abiva searched RODRIGUEZ and located a glass pipe with bulbous end containing a burnt residue resembling methamphetamine in his left front pants pocket and a clear plastic baggie containing a crystal-like substance resembling methamphetamine in his right front pants pocket.  Officer Reyes also recovered a BB gun resembling a Beretta 92 FS Handgun from RODRIGUEZ's front waistband.

> d.   Officers attempted to contact the registered owner to pick up the vehicle at scene, but were unsuccessful.

e.    Under impound storage authority (California Vehicle Code 22651(c) - Stolen/Embezzled Vehicle), officers conducted a vehicle inventory search of the Honda where several items were booked as evidence.

f.    Inside the vehicle, officers also observed the ignition of vehicle punched/damaged and several shaved keys (commonly used to steal vehicles) were recovered throughout the vehicle.

g.    While at the scene, Officer Hefflefinger advised RODRIGUEZ of his Miranda rights and RODRIGUEZ waived his rights. RODRIGUEZ stated that a female inside a purple van paid him twenty dollars to drive the Honda Civic for her since it was in a manual transmission.

62.  I reviewed the inventory list and images of items seized from the Honda and I learned the following items were seized:

a.    A black Samsung Verizon cellphone bearing IMEI number 357190101692281 in a black Otterbox case ("the SUBJECT DEVICE");

b.    A set of keys with a gold medallion printed with "3314212" and "4361";

c.    A key printed "USPS DO NOT DUPLICATE X3057";

d.    A USPS Federal Credit Union Visa card in the name of H.M.;

e.    Miscellaneous keys;

f.    One unknown black colored AirSoft/BB Gun and;

g.    One Crosman BB Ca. 4.5MM Model CFAMP1.

29

63.   On May 13, 2021, I reviewed booking photographs of RODRIGUEZ and identified the following tattoos:

a.   "Santa Murte" depicting a skull on his left forearm;

b.   A red smiley face with black X's for eyes on the back of his right forearm;

c.   The word "Marlene" encircled by a rosary bead necklace with a cross;

d.   A character with a gas mask and hat on his right hand;

e.   A skull on the back of his right bicep; and

f.   A wolf behind a circular moon silhouette on his right calf.

**J.   RODRIGUEZ Linked to USPS Robberies**

64.   Based on my review of law enforcement reports, conversations with other law enforcement agencies, and my own knowledge of the investigation, I am aware of the following:

65.   On or about May 10, 2021, USPS confirmed the keys with a gold medallion printed with "3314212" and "4361" belonged to K.J.  These keys were removed from the LLV during the robbery on May 5, 2021.  Furthermore, K.J. was assigned to Route 4361 and LLV 3314212 on May 5, 2021.

66.   The USPS Federal Credit Union Visa card in the name of H.M. was stolen from H.M. on May 8, 2021 and used in numerous fraudulent transactions to include Big 5.

67.   The Crosman BB Ca. 4.5MM Model CFAMP1 was listed on the receipt for Big 5.  Based on my review of the LAPD images

and images from Big 5, it appears this is the same BB gun purchased using H.M.'s stolen credit card on May 8, 2021.

### K.   May 14, 2021- RODRIGUEZ Robs and Shoots at R.C. in Los Angeles, California

68.   On May 14, 2021, at approximately 3:23 PM, USPS letter carrier R.C. was robbed at gunpoint in the vicinity of 2202 Greenfield Avenue, Los Angeles, California, while delivering mail.

69.   Based on my conversations with law enforcement agents I learned the following:

a.   On May 14, 2021, at approximately 3:23 PM, USPS letter carrier R.C. was delivering mail to 2202 Greenfield Avenue, Los Angeles, California.  While in the yard of the residence, R.C. was approached by a Hispanic male approximately 5'6" with a black bandana, tattoos on his arms, with shaved hair.  The suspect pointed a gun, suspected to be a firearm, at R.C. and a struggle ensued.  The suspect discharged the gun in the direction of R.C. causing a powder burn to his neck and shirt.  During the struggle, a black/grey colored baseball hat with the Dallas Cowboys logo fell off the suspect and was later recovered by LAPD.  A .40 caliber casing was also recovered by LAPD at the location of the robbery.

b.   R.C. was transported to a local hospital for medical treatment.

70.   On May 14, 2021, I reviewed video surveillance from a residence in the vicinity of 2202 Greenfield Avenue, Los Angeles, California and learned the following:

     a.   Video surveillance time-stamped 3:12 PM shows a dark grey Chevy Malibu with dark tinted windows.

     b.   Based on my review of the above surveillance footage, I believe the Chevy Malibu is the Stolen Malibu.

71.  On May 14, 2021, Detective Farell provided me with a still image of the baseball hat recovered during the scuffle. The image depicts a black/grey baseball hat with the Dallas Cowboy's logo with a silver sticker on the brim.

72.  Based on my review of this still image, I believe the Dallas Cowboy's baseball hat is the same hat worn by RODRIGUEZ on the following dates:

     a.   May 5, 2021 – Target

     b.   May 7, 2021 – ARCO/AM-PM

73.  Based on the description of the suspect provided by R.C., the stolen Malibu and the Dallas Cowboy's baseball hat, I believe the suspect who robbed R.C. is RODRIGUEZ.

**VII.  TRAINING AND EXPERIENCE REGARDING THE SUBJECT OFFENSES**

74.  Based on my training and experience, and information I have obtained from other law enforcement officers, I know the following:

     a.   Individuals involved in armed robberies and burglaries often maintain books, records, receipts, notes, ledgers, bank records, money orders, and other papers relating to the planning and execution of the offense.  The aforementioned records are often maintained where the subject involved with the offense has ready access to them, such as the robber's person, homes, and vehicles, and other locations from

which the subject had planned the robbery.  Such records are also often stored on the robber's cellular phones, smart phones, laptop computers, and other digital devices.

b.    Individuals involved in armed robberies often keep their weapons (including firearms, airsoft guns, and tasers) in various places including on their person, inside their homes, and inside their vehicles, including borrowed or stolen vehicles used to commit the crime.

c.    Individuals involved in armed robberies and burglaries often store proceeds from their robberies or burglaries on their person, inside their homes, or inside their vehicles, including borrowed or stolen vehicles used to commit the crimes.  Additionally, these same individuals will store evidence of these proceeds on their digital devices, including photographs of expensive purchases and pictures of large amounts of currency.

d.    Communications between people participating in the robbery take place by telephone calls and messages, such as e-mail, text messages, and social media messaging applications, sent to and from cell phones and other digital devices.  This includes sending photos or videos of routes, targeted vehicles, relevant locations and tools required for the execution of the robbery.  In addition, it is common for people engaged in armed robberies to have photos and videos on their cell phones or computers of illegal proceeds, as they frequently send these photos to each other and others to boast about their illicit endeavors.  Additionally, individuals engaged in burglaries and

robberies often maintain evidence of purchases made with their proceeds in their vehicles.

      e.  Armed robbers often keep the names, addresses, and telephone numbers of their coconspirators on their digital devices, in their homes, and in their vehicles.

      f.  It is common for armed robbers to own multiple phones of varying sophistication and cost as a method to diversify communications between associates and robberies.  These phones range from sophisticated smart phones using digital communications applications such as Blackberry Messenger, WhatsApp, and the like, to cheap, simple, and often prepaid flip phones, known colloquially as "drop phones," for actual voice communications.

      g.  It is common for armed robbers to steal victims' cellular telephones to delay law enforcement's response and notifying financial institutions of the theft.

75.  Based on my training and experience and information obtained from other law enforcement officers who investigate mail and identity theft, I know the following:

      a.  People who steal mail are often involved in fraud and identity theft crimes.  These individuals usually steal mail looking for checks, access devices, other personal identifying information (such as names, Social Security numbers, and dates of birth), and identification documents that they can use to fraudulently obtain money and items of value.  Mail thieves often retain these items of value from stolen mail in order to

make fraudulent purchases or sell the items to others in exchange for cash or drugs.

        b.   It is common practice for individuals involved in mail theft, identity theft, bank fraud, and access device fraud crimes to possess and use multiple digital devices at once. Such digital devices are often used to facilitate, conduct, and track fraudulent transactions and identity theft.  Suspects often use digital devices to perpetrate their crimes due to the relative anonymity gained by conducting financial transactions electronically or over the internet.  They often employ digital devices for the purposes, among others, of: (1) applying online for fraudulent credit cards; (2) obtaining or storing personal identification information for the purpose of establishing or modifying fraudulent bank accounts and/or credit card accounts; (3) using fraudulently obtained bank accounts and/or credit card accounts to make purchases, sometimes of further personal information; (4) keeping records of their crimes; (5) researching personal information, such as social security numbers and dates of birth, for potential identity theft victims; and (6) verifying the status of stolen access devices.

        c.   Oftentimes mail and identity thieves take pictures of items retrieved from stolen mail or mail matter with their cellphones.

        d.   It is also common for mail and identity thieves to keep "profiles" of victims on digital devices.  Such "profiles" contain the personal identifying information of victims, such as names, Social Security numbers, dates of birth,

driver's license or state identification numbers, alien registration numbers, passport numbers, and employer or taxpayer identification numbers.

e.   It is common for mail thieves, identity thieves, and individuals engaged in bank fraud, access device fraud, and identification document fraud to use equipment and software to print credit and identification cards, to create magnetic strips for credit cards, to use embossing machines to create credit cards, to use laser printers to create checks, and to use magnetic card readers to read and re-encode credit cards. Software relevant to such schemes can often be found on digital devices, such as computers.

76.  Based on my training and experience, I know that individuals who participate in mail theft, identity theft, bank fraud, and access device fraud schemes often have co-conspirators, and often maintain telephone numbers, email addresses, and other contact information and communications involving their co-conspirators in order to conduct their business.  Oftentimes, they do so on their digital devices. Suspects often use their digital devices to communicate with co-conspirators by phone, text, email, and social media, including sending photos.  Individuals engaged in mail and identity theft often use multiple digital devices.

77.  Based on my training and experience, I know that individuals who participate in mail theft often remove or change the license plates on vehicles to avoid identification by law enforcement.

## VIII.   TRAINING AND EXPERIENCE ON DIGITL DEVICES

78.  As used herein, the term "digital device" includes the SUBJECT DEVICE.

79.  Based on my training, experience, and information from those involved in the forensic examination of digital devices, I know that the following electronic evidence, inter alia, is often retrievable from digital devices:

a.   Forensic methods may uncover electronic files or remnants of such files months or even years after the files have been downloaded, deleted, or viewed via the Internet.  Normally, when a person deletes a file on a computer, the data contained in the file does not disappear; rather, the data remain on the hard drive until overwritten by new data, which may only occur after a long period of time.  Similarly, files viewed on the Internet are often automatically downloaded into a temporary directory or cache that are only overwritten as they are replaced with more recently downloaded or viewed content and may also be recoverable months or years later.

b.   Digital devices often contain electronic evidence related to a crime, the device's user, or the existence of evidence in other locations, such as, how the device has been used, what it has been used for, who has used it, and who has been responsible for creating or maintaining records, documents, programs, applications, and materials on the device.  That evidence is often stored in logs and other artifacts that are not kept in places where the user stores files, and in places where the user may be unaware of them.  For example, recoverable

37

data can include evidence of deleted or edited files; recently used tasks and processes; online nicknames and passwords in the form of configuration data stored by browser, e-mail, and chat programs; attachment of other devices; times the device was in use; and file creation dates and sequence.

      c.   The absence of data on a digital device may be evidence of how the device was used, what it was used for, and who used it.  For example, showing the absence of certain software on a device may be necessary to rebut a claim that the device was being controlled remotely by such software.

      d.   Digital device users can also attempt to conceal data by using encryption, steganography, or by using misleading filenames and extensions.  Digital devices may also contain "booby traps" that destroy or alter data if certain procedures are not scrupulously followed.  Law enforcement continuously develops and acquires new methods of decryption, even for devices or data that cannot currently be decrypted.

80.  Based on my training, experience, and information from those involved in the forensic examination of digital devices, I know that it can take a substantial period of time to search a digital device for many reasons, including the following:

      e.   Digital data are particularly vulnerable to inadvertent or intentional modification or destruction.  Thus, often a controlled environment with specially trained personnel may be necessary to maintain the integrity of and to conduct a complete and accurate analysis of data on digital devices, which

38

may take substantial time, particularly as to the categories of electronic evidence referenced above.

f.   Digital devices capable of storing multiple gigabytes are now commonplace.  As an example of the amount of data this equates to, one gigabyte can store close to 19,000 average file size (300kb) Word documents, or 614 photos with an average size of 1.5MB.

81.   The search warrant requests authorization to use the biometric unlock features of a device, based on the following, which I know from my training, experience, and review of publicly available materials:

g.   Users may enable a biometric unlock function on some digital devices.  To use this function, a user generally displays a physical feature, such as a fingerprint, face, or eye, and the device will automatically unlock if that physical feature matches one the user has stored on the device.  To unlock a device enabled with a fingerprint unlock function, a user places one or more of the user's fingers on a device's fingerprint scanner for approximately one second.  To unlock a device enabled with a facial, retina, or iris recognition function, the user holds the device in front of the user's face with the user's eyes open for approximately one second.

h.   In some circumstances, a biometric unlock function will not unlock a device even if enabled, such as when a device has been restarted or inactive, has not been unlocked for a certain period of time (often 48 hours or less), or after a certain number of unsuccessful unlock attempts.  Thus, the

opportunity to use a biometric unlock function even on an enabled device may exist for only a short time.  I do not know the passcodes of the devices likely to be found in the search.

  i. The person who is in possession of a device or has the device among his or her belongings is likely a user of the device.  Thus, the warrant I am applying for would permit law enforcement personnel to, with respect to any device that appears to have a biometric sensor and falls within the scope of the warrant: (1) depress RODRIGUEZ's thumb- and/or fingers on the device(s); and (2) hold the device(s) in front of RODRIGUEZ's face with his or her eyes open to activate the facial-, iris-, and/or retina-recognition feature.

  82.  Other than what has been described herein, to my knowledge, the United States has not attempted to obtain this data by other means.

### IX. <u>REQUEST FOR SEALING</u>

  83.  It is respectfully requested that this Court issue an order sealing, until further order of the Court, all papers submitted in support of these applications, including the application and the complaint and search warrant affidavit.  I believe that sealing is necessary because the items and information to be seized is relevant to an ongoing investigation into criminal conduct involving RODRIGUEZ who is currently at large and is unaware that he is being investigated.  Disclosure of the complaint and search warrant affidavit at this time would seriously jeopardize the investigation, as such disclosure may provide an opportunity to destroy evidence, change patterns of

behavior, or allow flight from prosecution.  Premature disclosure of the contents of this affidavit and related documents may have a significant and negative impact on this continuing investigation and may severely jeopardize its effectiveness.

## X.  CONCLUSION

84.  For all the reasons described above, there is probable cause to believe that RODRIGUEZ violated 18 U.S.C. § 2114(a) (Robbery of a United States Postal Service Letter Carrier).

85.  Further, there is probable cause to believe that the items listed in Attachment B, which constitute evidence, fruits, and instrumentalities of violations of the Subject Offenses will be found on RODRIGUEZ'S person, in the **SUBJECT VEHICLE**, and on the **SUBJECT DEVICE**, as described in Attachments A-1 and A-2.


Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 16th day of ____May____ , 2021.

_____
UNITED STATES MAGISTRATE JUDGE

41